JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York' Respondent, v. MAX AARON and Others, Defendants, Impleaded with HENRY D. GASNER and BESSIE GASNER, Appellants.— The rule against splitting causes of action is in the nature of a rule to prevent vexatious and oppressive litigation. To permit the opening of the original judgment many years after it was paid and long after the second action was tried would defeat the purpose of the rule. In the exercise of discretion the motion should be denied. Order unanimously reversed, with twenty dollars costs and disbursements, and the motion denied. Present — Martin, P. J., Townley, Untermyer and Callahan, JJ.

In the Matter of the Application of EDWARD L. BOCK, Petitioner, Appellant, for an Order under Article .78, Civil Practice Act, against PAUL J. KERN, President, and Others, Constituting the Municipal Civil Service Commission of the City of New York, Respondents.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Application of HUGH GILMARTIN and Seventeen Others as Set Forth in the Petition Herein, Appellants, for an Order Pursuant to Article 78 of the Civil Practice Act against PAUL J. KERN, President, and Others, Constituting the Municipal Civil Service Commission of the City of New York, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

HYMAN NEMSER, Appellant, v. NEW YORK WORLD-TELEGRAM CORPORATION and FREDERICK WOLTMAN, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

HENRY I. SILVERMAN, Appellant, v. NEW YORK WORLD-TELEGRAM CORP. and FREDERICK WOLTMAN, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Application of EPHRAIM CROSS, Petitioner, Respondent, against THE BOARD OF HIGHER EDUCATION OF THE CITY OF NEW YORK, Appellant, for an Order Requiring the BOARD OF HIGHER EDUCATION to Pay Certain Additional Salary to Petitioner.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

ADOLPH RABOFF, Appellant, v. ROSALIE C. TYSEN, Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

GEORGE ROTH and Others, Respondents, v. " JOHN DOE," Name Fictitious and Unknown to Plaintiffs, as President, Defendant, Impleaded with HERMAN GUND, as Secretary-Treasurer of Local 50 of the Bakery & Confectionery Workers International Union of America, etc., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.